JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGER BAY VILLAGE CORPORATION, a Canadian company,<br><br>Plaintiff,<br><br>v.<br><br>YIHE CORPORATION, a California Corporation, STEVEN CHEN, an individual, and DOES 1 to 10 inclusive,<br><br>Defendant. | CASE NO.   CV13-8837 RSWL (FFMx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE [FRCP 41(a)(1)(A)(ii)] AND REQUEST FOR COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT**<br><br>Complaint Filed:   November 27, 2013 |

///
///
///

- 1 -   ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND TO RETAIN JDX

1   Based on the Joint Stipulation for Dismissal Without Prejudice and Request for
2   Court to Retain Jurisdiction to Enforce Settlement (the "Joint Stipulation") submitted
3   on behalf of plaintiff Tiger Bay Village Corporation and defendant Yihe Corporation
4   (collectively, the "Parties"), it is hereby ORDERED that:

5   (1) All claims in the above-captioned action are dismissed without
6   prejudice; and

7   (2) The Court retains jurisdiction over this action for purposes of enforcing
8   the terms of the Settlement Agreement entered on December 31, 2013 between the
9   Parties, a copy of which is attached as Exhibit A to the Joint Stipulation.

11   IT IS SO ORDERED.

14   Dated: February 25, 2014

RONALD S.W. LEW
_____
HON. RONALD S.W. LEW
Senior U.S. District Judge