UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tiger Bay Village Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>Yihe Corporation, Steven Chen, and Does 1 to 10 inclusive,<br><br>    Defendants. | CV 13-08837-RSWL-FFM(x)<br><br>**JUDGMENT** |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Plaintiff Tiger Bay Village Corporation ("Plaintiff") and against Defendant Yihe Corporation ("Defendant Yihe"). The Court enters a judgment against Defendant Yihe in the sum of $881,997.50 for the missed May and June 2014 payments,

as well as the sum of each future payment, as they become due, pursuant to the Agreement's terms below.

| Dates Calculated From | Payment Amount |
|---|---|
| 30 Days from 1/10/14[1] (February payment) | $200,000 |
| 60 Days from 1/10/14 (March payment) | $215,000 |
| 90 Days from 1/10/14 (April payment) | $230,000 |
| 120 Days from 1/10/14 (May payment) | $300,000 |
| 150 Days from 1/10/14 (June payment) | $581,997.50 |
| 180 Days from 1/10/14 (July payment) | $581,997.50 |
| 210 Days from 1/10/14 (August payment) | $581,997.50 |
| 240 Days from 1/10/14 (September payment) | $581,997.50 |
| 270 Days from 1/10/14 (October payment) | $581,997.50 |
| 300 Days from 1/10/14 (November payment) | $581,997.50 |

The Court also enters a judgment against Defendant Yihe in the sum of $3,150 for attorneys' fees. Further, the Court **ORDERS** Defendant Yihe to produce executive level financial documents, including monthly profit-and-loss statements, sales reports, bank account

//

---

[1] The Agreement provided that the first payment and all payments thereafter would be calculated from the date of discharge of the Receiver.  That occurred on January 10, 2014. Chang Decl. ¶ 4.

statements, and inventory reports until the full settlement balance has been paid.

**IT IS SO ORDERED.**

DATED: July 18, 2014

RONALD S.W. LEW
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge